**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1028**

CEDRICK EURON DRAPER,

        Plaintiff - Appellant,

    v.

COMMONWEALTH OF VIRGINIA; SECRETARY OF THE COMMONWEALTH,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:18-cv-00567-HEH)

Submitted:  May 13, 2019                         Decided:  May 21, 2019

Before NIEMEYER and WYNN, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Cedrick Euron Draper, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedrick Euron Draper appeals the district court's order dismissing his civil action under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Draper v. Virginia*, No. 3:18-cv-00567-HEH (E.D. Va. Dec. 11, 2018). We deny the motion for mediation and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*